IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRON BROWN,

                    Petitioner,

          vs.

STATE OF NEBRASKA, and TODD
WASMER, Warden;

                    Respondents.

**8:20CV343**

**MEMORANDUM AND ORDER**

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing 22.) Petitioner filed a Notice of Appeal (filing 19) on February 19, 2021. Petitioner appeals from the court's Memorandum and Order and Judgment dated January 25, 2021. (Filings 13 & 14.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing 22) is granted.

Dated this 26th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge